**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **Case No.  1:14-cv-1748** <br> **MDL No. 2545** <br> **Hon. Matthew F. Kennelly** |
| **THIS DOCUMENT RELATES TO:** | |
| Lawrence & Irene Moore <br> Case No. 1:15-cv-07046 <br><br> v. <br><br> Actavis plc, et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, only against Defendants Actavis plc and Watson Laboratories, Inc., a Nevada corporation, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii).

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
Phone:  (973) 639-9100
Email:  cseeger@seegerweiss.com
*Counsel for Plaintiffs*

/s/ K.C. Green
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone:  (513) 698-5000
Email: kcgreen@ulmer.com
*Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc.; Actavis, Inc.; and Watson Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *K.C. Green*